IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03418-BNB

RANDY KAILEY,

    Applicant,

v.

WILLIAM PRICE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On March 12, 2012, Applicant, Randy Kailey, cured a deficiency in the instant action by filing on the proper Court-approved form an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 5).  Therefore, the document used to initiate the instant action, the Motion for Relief From Judgment (ECF No. 2), is DENIED as moot because the § 2241 habeas corpus application replaced the motion as the operative pleading in this case.

Dated:  April 4, 2012