**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-03418-REB-BNB

RANDY KAILEY,

    Applicant,

v.

WILLIAM PRICE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER[1]

    The matter is before the court on applicant's **Motion For Case Status Report** [#25] filed June 28, 2012. The motion is **GRANTED**. On June 21, 2012, the court entered an order [#23] denying the applicant's application for a writ of habeas corpus.

    Dated: June 29, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.